IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
OCT 11 2011
Clerk, U.S. District Court
By_____ Deputy Clerk

Lori A. Rand )
636 10th Rd SW )
Burlington, KS 66839 )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
Wolf Creek Nuclear Operating )   Case Number: 11-CV-4136-KHV/GLR
Name  Corporation )   (To be assigned by Clerk)
)
1550 Oxen Lane NE )
Street and number )
)
Burlington, KS 66839 )
City    State    Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    ____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ✓ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination on the basis of age (age 40 or older). I Look 40 and sound
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ✓ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ✓   Other (Describe)
Fraud - deceptive use of contracted psychologist via webcam (psychologist from PA) and violation of company procedures and NEI 03-01 ; discriminatory policies

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
5/15/09 - 6/4/09

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   ✓  Yes   Date filed: 6/19/09   32887-09
   ___ No                        8/24/09    32887-09 Amended
                                                            33098-10

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓  Yes   Date filed: 5/15/09
   ___ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✓  Yes ___ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:   N/A
_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   \_\_\_\_ termination of my employment
   \_\_\_\_ failure to promote me
   \_\_\_\_ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   ✓ retaliation
   ✓ harassment
   \_\_\_\_ reduction in wages
   ✓ other conduct (specify): _deception and misuse of contracted psychologist; violation of procedures; defamation_

   Did you complain about this same conduct in your charge of discrimination? _EEOC, harassment and retaliation_
   ✓ Yes    \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   \_\_\_\_ my race or color, which is _____
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is \_\_\_\_ male; \_\_\_\_ female
   ✓ my disability or perceived disability, which is _cognitive memory deficits, depression_
   \_\_\_\_ my age (my birth date is: _____)
   \_\_\_\_ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   \_\_\_\_ Yes   ✓ No   _psychotherapy testing conducted in April 2010 showed mild to severe cognitive memory deficits that was unknown at original filing_

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.
    _Attached_

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
   \_\_\_\_ are still being committed by Defendant.
   \_\_\_\_ are no longer being committed by Defendant.
   ✓ may still be being committed by Defendant.

12. Plaintiff:
   \_\_\_\_ still works for Defendant
   ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
   \_\_\_\_ Yes   ✓ No
   Explain: I took leave (vacation, sick, short-term disability, FMLA) until I could return to work, but this didn't occur, so I applied and received a one-year long-term disability. My employer has not had communication to see if I could return to work.

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   \_\_\_\_ Defendant be directed to employ Plaintiff
   \_\_\_\_ Defendant be directed to re-employ Plaintiff
   \_\_\_\_ Defendant be directed to promote Plaintiff
   ✓ Defendant be directed to change policies and provide employee training
   \_\_\_\_ Injunctive relief (please explain): _____
   ✓ Monetary damages (please explain): medical / psychological / travel expenses / compensation for abuse
   ✓ Costs and fees involved in litigating this case
   ✓ As additional relief to make Plaintiff whole, Plaintiff seeks: all access / personnel files, psychological information, management emails per procedures and hardship and such other relief as may be appropriate, including attorney's fees, if applicable. discipline employees that retaliated and harassed me.

Signed this 11th day of October, 2011.

Lori A. Rand
Signature of Plaintiff

Lori A. Rand
Name (Print or Type)

636 10th Rd SW
Address

Burlington KS 66839
City State Zip Code

620-364-2206
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this matter. ☐ ☐ ☑ (check one location)  Location may change with hiring an attorney

_Lori A. Rand_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☑ yes ☐ no .
(check one)

_Lori A. Rand_
Signature of Plaintiff

Dated: 10/11/11
(Rev. 8/07)

Additional Information

During the morning of May 13, 2009, I overheard over my cubicle that several Wolf Creek Nuclear Operating Corporation (WCNOC) Information Services (IS) employees were asked to look for anything derogatory on me. After thirty minutes or so of conversations between the IS employees, one of the IS employees said, "I think I've found something." The other IS employees began inappropriately discussing my computer file that had been saved and deleted on my network H: drive. Two of the IS employees said it was a "fire" and mentioned "misuse". My concerns were taken immediately by me to my supervisor. He said that he would look into it for me.

On May 15, 2009, I was required to meet at WCNOC Dwight D. Eisenhower Building with my supervisor and Vice-President. My VP wanted to know my concerns. She took notes on everything I was telling her. After advising my VP what I had overheard, she said she called all the people that I had mentioned and no one could verify my allegations. As a result, she was placing my ACAD badge on hold and placing me on administrative paid leave. She said that I was "paranoid" and that "it must be terrible to think everyone was after me. Finally, she asked if I was alright and if I needed someone to drive me home. I was required to have a psychological session.

On May 21, 2009, I was required to have a psychological session via webcam with Dr. David Thompson, Pennsylvania. He inquired if I had ever been arrested, if the police had been called to my house for a domestic dispute, if I had filed my taxes for the last two years, health information on myself and immediate family (including my parents, grandparents). He treated me like an alcoholic by asking me if I preferred beer, wine, or liquor and that if I ever had a DUI. After this two and half hour session, he decided that he wanted me to take the MMPI test and then he'd see me again in a subsequent psychological session. The MMPI was taken on May 26, 2009 and the second psychological session was on May 27, 2009, which Dr. Thompson said was to go over the results of the MMPI. The second session Dr. Thompson wanted to know what I wanted and that I was in control of the situation. At the end of the two hour session, he asked me if I had any questions. I asked him what the results of my MMPI were since that was the reason he said that I needed a follow-up appointment. He said, "Oh, yeah. Your results were in the normal range..."

Dr. Thompson then referred me to company-contracted physician, Dr. John Shell, for medical problems that Dr. Thompson knew I was already being seen by my PCP. On June 4, 2009, Dr. Shell interviewed me concerning all my health history, including about my baby deliveries. He told me "hang in there" and that "WCNOC was very unique." He then provided WCNOC authorization that I was able to return to work.

The following day, June 5, 2009, I returned to work. Several days later, I requested my access screening file and was denied. After several attempts, I received partial paperwork, but was never allowing full access.

In July 2009, I was advised that my outage job had been changed from Access Screening to Fatigue Management. I was hurt and felt this was made in retaliation of my EEOC filing because I had received training. In October 2009, my accounting mainframe password was changed. This was a malicious act of harassment and misuse of a computer system that could jeopardize security at a nuclear plant by allowing anyone to call and change a password.

In February 2010, I was told that a duplicate inventory file had posted to general ledger. This is one of my job functions and I knew that I hadn't resent the file, so I wrote a Condition Report to document. I was conducting an investigation if it was human error or a system deficiency. I had acquired audit trails and interviewed IS personnel. My supervisor closed the condition report and said no further action was necessary.

Abuse and defamation occurred both during employment and after. WCNOC has attempted to ruin my reputation. In addition, I have been persecuted as a Christian.

My last day working at WCNOC was March 18, 2010 because the harassment that I had received, both prior to and that day. I was having severe panic attacks and my doctor said she was putting me on leave until I could get better. I contacted my supervisor and HR manager at this time. The HR manager told me that I could use my vacation, sick, etc before invoking FMLA. This is what I did.

Because I had been harassed my being told that I had brain damage, Alzheimer's Disease, senile, and adverse effects from recent surgery, it made me think that something was really wrong with me. I made an appointment with a neuropsychologist to take a test. He diagnosed that I had mild to severe cognitive memory deficits in multiple areas. Subsequently, I was told to seek psychological assistance to help me cope with what had happened at work. I'm still seeing a psychologist currently.

On December 1, 2010, I notified WCNOC HR that I was unable to return to work and would be applying for my long-term disability insurance. The insurance carrier, UNUM, reviewed my medical information and interviewed me. They determined that I was eligible for coverage.

Even though I had paid my benefits through December 31, 2010, WCNOC discontinued my prescription and dental benefits. I received over-due bills from the dental office for several months until it was resolved. WCNOC offered no apology for this. I considered this to be harassment and retaliation.

Finally, in July 2010, I received notification from Deloitte & Touche that my WCNOC 401K was being audited. The letter had been signed by my VP and WCNOC had accessed my 401K records as of December 31, 2010. I had previously rolled my 401K into an IRA after I left employment. This was more harassment after left work. They weren't able to abuse me at WCNOC anymore, so they had found other avenues to invoke the abuse.

Even though the KSHRC said they had investigated and the EEOC had adopted their findings, I'm pursuing in federal court because of the hateful and vindictive things that were done to me. I cannot imagine that the laws are not able to protect me and others like me. I was harassed by WCNOC management and employees, not protected under their policies, and forced out of my job. These were

very malice acts. They might fall under criminal and civil court as well. I'm leaving the decision to the U.S. Court system.