**FILED**

OCT - 4 2012

TIMOTHY M. O'BRIEN, Clerk

By_____ ᙢᙢᙐᙏ____Deputy

From:    Lori Rand <randl66839@gmail.com>
To:       ksd_rushfelt_chambers@ksd.uscourts.gov, "Atchley, Deanna J." <DAtchley@stinson.com>, "Scheck,
Stephanie" <SScheck@stinson.com>
Date:    10/01/2012 02:47 PM
Subject: Motion to Dismiss the pending case

Dear Honorable Judge Gerald Rushfelt,

This letter is to advise the court that I recently underwent a relapse with my mental disorder.
Because of this, I'm requesting a motion to dismiss my case against Wolf Creek Nuclear
Operating Corporation. I am unable to proceed any further. Please accept my motion to
dismiss. Thank you.

Sincerely,

Lori Rand